# Exhibit A

Norman J. Younker (A3682)
norm@yhmlaw.com
Ashton J. Hyde (A13248)
ashton@yhmlaw.com
John M. Macfarlane (A14996)
john@yhmlaw.com
Jayden D. Gray (A16062)
jayden@yhmlaw.com
YOUNKER HYDE MACFARLANE, PLLC
Attorneys for Plaintiffs
257 East 200 South, Suite 1080
Salt Lake City, UT 84111
Telephone: (801) 335-6467
Facsimile: (801) 335-6478

Date 12-9 Time 12:40
BZ293
Special Process Server
(904) 358-2122

## THIRD JUDICIAL DISTRICT COURT

## IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| GARY BENNETT,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF UTAH; UNIVERSITY OF UTAH; UNIVERSITY OF UTAH HOSPITALS AND CLINICS; ALEXANDRA PERRY – MOSEANKO, M.D.; IHC HEALTH SERVICES, INC.; IHC HEALTH SERVICES, INC. DBA INTERMOUNTAIN MEDICAL CENTER; JAMES F. ORME, JR., M.D.; DOE INDIVIDUALS 1 through 10; and ROE ENTITIES 1 through 10, inclusive.<br><br>Defendants. | SUMMONS<br><br>(TIER III)<br><br>Civil No.: 170907662<br><br>Judge Laura Scott |

TO THE ABOVE-NAMED DEFENDANT:

*ALEXANDRA PERRY-MOSEANKO, M.D.*

MOST LIKELY:
*2080 Child Street*
*Jacksonville, FL. 32214*
*(Naval Hospital Jacksonville)*

AND/OR

*3719 Jose Ter*
*Jacksonville, FL.32217*

YOU ARE HEREBY SUMMONED and required to file with the above court at 450 South State Street, Salt Lake City, Utah, 84111, and to serve upon Plaintiff's attorney, YOUNKER HYDE MACFARLANE, PLLC Attention: Norman J. Younker at 257 East 200 South, Suite 1080, Salt Lake City, Utah 84111, an Answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED this 4th day of December, 2017.

/s/ *Norman J. Younker*
Norman J. Younker
Ashton J. Hyde
John M. Macfarlane
Jayden D Gray
YOUNKER HYDE MACFARLANE, PLLC

Norman J. Younker (A3682)
norm@yhmlaw.com
Ashton J. Hyde (A13248)
ashton@yhmlaw.com
John M. Macfarlane (A14996)
john@yhmlaw.com
Jayden D. Gray (A16062)
jayden@yhmlaw.com
YOUNKER HYDE MACFARLANE, PLLC
*Attorneys for Plaintiff*
257 East 200 South, Suite 1080
Salt Lake City, UT  84111
Telephone: (801) 335-6467
Facsimile: (801) 335-6478

## THIRD JUDICIAL DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| GARY BENNETT, | COMPLAINT |
|---|---|
| Plaintiff, | |
| | Case No. 170907662 |
| vs. | |
| | Judge Laura Scott |
| STATE OF UTAH; UNIVERSITY OF UTAH; UNIVERSITY OF UTAH HOSPITALS AND CLINICS; ALEXANDRA PERRY – MOSEANKO, M.D.; IHC HEALTH SERVICES, INC.; IHC HEALTH SERVICES, INC. DBA INTERMOUNTAIN MEDICAL CENTER; JAMES F. ORME, JR., M.D.; DOE INDIVIDUALS 1 through 10; and ROE ENTITIES 1 through 10, inclusive. | Tier 3 |
| Defendants. | |

Gary Bennett ("Plaintiff") by and through his attorney, Norman J. Younker, and the law offices of Younker Hyde Macfarlane, PLLC, allege and complain as follows:

## IDENTIFICATION OF PARTIES

1. Plaintiff is a resident of Cache County, State of Utah.

2. Defendants, State of Utah and University of Utah, Utah and University of Utah Hospital and Clinics (the "University"), at all times mentioned herein, is and are governmental entities providing medical and hospital care and treatment through the University of Utah and its affiliates with their principal place of business in Salt Lake County, State of Utah.

3. Defendant IHC Health Services, Inc., acting by and through its agents and employees, at all times mentioned herein, is a Utah corporation with its principal place of business in Salt Lake County, State of Utah.

4. Defendant IHC Health Services, Inc. dba Intermountain Medical Center, acting by and through its agents and employees, at all times mentioned herein, is a Utah corporation with its principal place of business in Salt Lake County, State of Utah.

5. Defendant James Orme, M.D., is a physician licensed under the laws of the State of Utah and engaged in the practice of medicine in Salt Lake County, State of Utah.

6. Defendant Alexandra Perry-Moseanko, M.D., is a physician licensed under the laws of the State of Utah and engaged in the practice of medicine in Salt Lake County, State of Utah.

7. Defendant Doe Individuals 1 through 10 and Roe Entities 1 through 10 are set forth herein as all unknown persons or business entities currently unknown to Plaintiff who have a claim to any interest in the subject matter of this action, whose true name(s) is (are) unknown to Plaintiff, and who are believed to be responsible for the events and happenings referred to in this Complaint, causing injuries and damages to Plaintiff, or who are otherwise interested in the subject matter of this Complaint. At such time when the names of said Doe Individuals and Roe Entities have been ascertained, Plaintiff will request leave from the court to insert their true

names and capacities and adjoin them in this action so that the Complaint will be amended to include the appropriate names of said Doe Individuals and Roe Entities.

## JURISDICTION AND VENUE

a) All conditions precedent to the right to bring and maintain this action have been performed or have occurred as required by the Utah Healthcare Malpractice Act pursuant to Utah Code Ann. §78B-3-401, et seq.

b) This Court has jurisdiction pursuant to Utah Code Ann. §78A-5-102.

c) Venue is proper in that the cause of action arose in Salt Lake County, State of Utah, pursuant to Utah Code Ann. §78b-3-307.

d) The damages claimed are such as qualify under tier 3.

## GENERAL ALLEGATIONS

8. On or about January 27, 2016, then 74-year-old Gary Bennett was a patient in the IHC Health Services, Inc. DBA Intermountain Medical Center where he was undergoing care and treatment for, among other things, a left renal hematoma and hemorrhage. During the course of this treatment, the attending internal medical physician James F. Orme, M.D. along with agents and employees of Intermountain Medical Center and the University of Utah, including but not limited to Alexandra Perry-Moseanko, M.D., attempted a dialysis catheter placement in the patient's right carotid artery. During this attempt, the patient's artery was lacerated, resulting in massive hematoma formation, hypoxia, cardiac arrest, and an anoxic brain injury.

## CAUSE OF ACTION

### (Medical Malpractice)

9. Plaintiff incorporates by this reference the allegations of paragraphs 1 through 8 as

3

though fully set forth herein.

10. As of this time, Plaintiff complains and alleges that the care and treatment provided to Mr. Bennett by Defendants was wrongful, careless and negligent, including, but not limited to, the following particulars:

    a)     Inappropriate technique in attempting to place dialysis catheter.

    b)     Failure to take appropriate precautions to prevent other placement complications including artery lacerations.

    c)     Failure of informed consent.

    d)     Failure to timely and appropriately respond to complications of attempted catheter placement.

11. As a direct and proximate result of the foregoing wrongful, careless and negligent acts and/or omissions of Defendants, Plaintiff has sustained both physical and emotional damages which has and will result in significant economic and non-economic injuries, including but not limited to:

    a)     Past, present and future medical and attendant care expenses;,

    b)     Lost wage and lost wage-earning capacity;

    c)     Loss of use and enjoyment of life;

    d)     Physical, mental and emotional pain and suffering;

    e)     Out of pocket costs;

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants in an amount to be proven at trial together with pre and post judgment interest and costs as follows:

1.     Judgment in favor of Plaintiff and against Defendants for general damages in an

amount to be proved at trial;

2. Judgment in favor of Plaintiff and against Defendants for special damages in an amount to be proved at trial including interest as provided by Utah Code Ann. §78B-5-824; and

3. Plaintiff's costs incurred herein together with such other and further relief as the Court may deem appropriate under the circumstances.

DATED this 1st day of December, 2017.

/s/ Ashton J. Hyde
Norman J. Younker
Ashton J. Hyde
John M. Macfarlane
Jayden D. Gray
YOUNKER HYDE MACFARLANE, PLLC
*Attorneys for Plaintiff*

5